IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

| | | |
|---|---|---|
| Federal Home Loan Mortgage Corporation, | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CV-313-WHA |
| | ) | |
| Homer Brooks, Letha Brooks, | ) | |
| Homer Brooks, Jr., | ) | |
| | ) | |
| Defendants and Counterclaim Plaintiffs, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW PNC Mortgage, a division of PNC Bank, N.A., a Counterclaim Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐      This party is an individual, or

☐      This party is a governmental entity (Government Sponsored Enterprise), or

☐      There are no entities to be reported, or

☒      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| PNC Bank, N.A. | Parent company of PNC Mortgage |
| PNC Bancorp., Inc. | Parent company of PNC Bank, N.A. |
| PNC Financial Services Group, Inc.* | Parent company of PNC Bancorp., Inc. |

 *No publicly held corporation owns more than 10% of the stock of PNC Financial Services Group, Inc.

| | |
|---|---|
| April 27, 2011 | s/ Kenneth D. Sansom |
| | Kenneth D. Sansom (ASB-2998-M69K) |
| | William T. Paulk (ASB-2978-M47P) |
| | Spotswood Sansom & Sansbury LLC |
| | 940 Concord Center |
| | 2100 Third Avenue North |
| | Birmingham, Alabama 35209 |
| | Phone: (205) 986-2620 |

Fax: (205) 986-3639
ksansom@spotswoodllc.com
wpaulk@spotswoodllc.com

David H. Pittinsky (PA Bar No. 04552)
(*pro hac vice* papers forthcoming)
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA  19103
Phone: (215) 864-8117
Fax: (215) 864-8999
pittinsky@ballardspahr.com

*Attorneys for PNC Mortgage, a division of PNC Bank, N.A.*

*Attorneys for Federal Home Loan Mortgage Corporation a/k/a Freddie Mac*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nicholas H. Wooten
P.O. Drawer 3389
Auburn, Al. 36831
(334) 887-3000; Fax: (334) 821-7720
nhwooten@gmail.com

*Attorney for Defendant/Counterclaim Plaintiff*
*Letha Brooks*


D. Keith Andress
James H. White
Catherine C. Long
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wells Fargo Tower
420 20th Street North
Suite 1600
Birmingham, Alabama 35203
(205) 328-0480; Fax (205) 322-8007
kandress@bakerdonelson.com
jwhite@bakerdonelson.com

*Attorneys for Counterclaim Defendants Prommis Solutions LLP*
*and Prommis Solutions Holding Corporation*

Kent E. Altom
McCalla Raymer LLC
Six Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
(678) 281-6450; Fax (678) 277-4924
kent.altom@mccallaraymer.com

*Attorney for Counterclaim Defendant McCalla Raymer, LLC*


Robert M. Brochin
Andrew Boese
Morgan, Lewis & Bockius LLP
5300 Southeast Financial Center
200 S. Biscayne Boulevard
Miami, FL 33131-2339
(305) 415-3456; Fax: (305) 415-3001
rbrochin@morganlewis.com

*Attorney for Mortgage Electronic Registration Systems, Inc.*
*and MERSCORP Inc.*


                                        s/ Kenneth D. Sansom
                                        Of Counsel