IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:11cv313-WHA (WO) |
| HOMER BROOKS and LETHA BROOKS | ) ) | |
| Defendants / Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation, et al., | ) ) ) | |
| Counterclaim Defendants. | ) | |

**ORDER**

Upon consideration of the Motion to Dismiss (Doc. #46), filed by Counterclaim Defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc., on July 11, 2011, it is hereby

ORDERED that the Defendant/Counterclaim Plaintiff Letha Brooks shall show cause, if any there be, **on or before July 25, 2011**, why the motion should not be granted.  The moving Counterclaim Defendants shall have **until August 1, 2011**, to file any reply they may wish to file.  The motion will be taken under submission on that day for determination without oral argument.

DONE this 12th day of July, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE