IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HOMER BROOKS and LETHA BROOKS  )<br>)<br>Defendants / Counterclaim Plaintiffs,  )<br>)<br>v.  )<br>)<br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation, et al.,  )<br>)<br>Counterclaim Defendants.  ) | Civil Action No. 3:11cv313-WHA<br>(WO) |

**<u>ORDER</u>**

Because the Motion to Remand has been resolved, Defendants / Counterclaim Plaintiffs shall show cause, if any there be, **on or before August 12, 2011**, why Counterclaim Defendant PNC Mortgage's Motion to Dismiss (Doc. #34) should not be granted.  PNC Mortgage shall have **until August 19, 2011**, to file any reply it may wish to file.  The motion will be taken under submission on that day for determination without oral argument.

DONE this 29th day of July, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE